**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1213**

In re:  SALEEM EL-AMIN,

Petitioner.

On Petition for Writ of Mandamus.  (1:17-cv-04480)

Submitted:  April 19, 2018                                        Decided:  April 24, 2018

Before GREGORY, Chief Judge, and THACKER and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Saleem El-Amin, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saleem El-Amin, a D.C. Code Offender, petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 (2012) habeas petition. He seeks an order from this court directing the district court to act. Review of the district court's docket reveals that the magistrate judge issued his Proposed Findings of Fact and Recommendation on March 2, 2018. El-Amin filed his objections on March 9, 2018, and thereafter filed a number of motions that likewise remain pending. We thus find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition as supplemented. We also deny El-Amin's motion for bail pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*